DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS PANNIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2080

[February 19, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432018CF001694BXMX.

Daniel Eisinger, Public Defender, and Logan T. Mohs, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***